BLANK ROME LLP
Attorneys for Plaintiff
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BSLE MALTA LTD.,

    Plaintiff,

-against-

PUYVAST CHARTERING BV,

    Defendant.

---

JUDGE HOLWELL

07 Civ. **07 CIV 6289**

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff BSLE MALTA LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           July 9, 2007

                                                BLANK ROME LLP
                                                Attorneys for Plaintiff

                                          By _____
                                               LeRoy Lambert (LL 3519)
                                               The Chrysler Building
                                               405 Lexington Avenue
                                               New York, NY 10174-0208
                                               Tel.: (212) 885-5000