BLANK ROME LLP
Attorneys for Plaintiff
BSLE MALTA LTD.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BSLE MALTA LTD.,

　　　　　Plaintiff,

-against-

PUYVAST CHARTERING BV,

　　　　　Defendant.

07 Civ. 06289 (RJH)

**NOTICE OF MOTION TO TRANSFER FUNDS FROM GARNISHEE BANKS TO COURT REGISTRY INVESTMENT SYSTEM**

---

　　　　PLEASE TAKE NOTICE that upon the annexed Affidavit of LeRoy Lambert, Plaintiff will move this Court for an Order Directing that $270,002.47, held by Garnishees Deutsche Bank and ABN AMBRO Bank pursuant to this Court's Order of Attachment dated July 10, 2007, be transferred to the Court Registry Investment System pending the outcome of the arbitration in London of the underlying disputes and the further order of this Court. The ground for this motion is Supplemental Rule B(3)(a) for Admiralty and Maritime Claims and Asset Forfeiture Claims of the Federal Rules of Civil Procedure.

127386.00601/6572771v.1

Opposition to this motion, if any, shall be made on or before September 20, 2007.

Dated: New York, New York
September 5, 2007

Respectfully submitted,

BLANK ROME LLP

By: _____
LeRoy Lambert (LL 3519)
Attorneys for Plaintiff
BSLE MALTA LTD.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

TO:  By Fax: 011-31-71-364-9042 and Courier
Puyvast chartering B.V.
Rembrandtweg 18
2202 AX  Noordwijk zh

By Fax: 212 409-7303 and Mail
ABN AMRO Bank N.V.
55 E. 52nd Street
New York, NY
Attention: Patricia McElveen

By Fax: (212) 797-4567 and Mail
Deutsche Bank AG
60 Wall St
New York, NY 10005
Attention: Charles Ro, Attorney-in-Charge