## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) : ss.:
COUNTY OF NEW YORK     )

The undersigned being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and that on September 5, 2007, she caused to be served a true copy of the within **Notice of Motion to Transfer Funds from Garnishee Banks To Court Registry Investment System** along with supporting **Affidavit of Leroy Lambert** upon the following

By Fax: 011-3171 364 9042 and Courier
Puyvast chartering B.V.
Rembrandtweg 18
2202 AX Noordwijk zh

**by fax and by Courier** a true copy, securely enclosed in a post-paid wrapper, directed to the above at his address designated by said party for that purpose upon the preceding papers in this action and also upon:

By Fax: 212-409-7303 and Mail
ABN AMRO Bank N.V.
55 E. 52nd Street
New York, NY
Attention: Patricia McElveen

By Fax: 212-797-4567 and Mail
Deutsche Bank AG
60 Wall St
New York, NY 10005
Attention: Charles Ro, Attorney-in-Charge

**by fax and mailing** a true copy, securely enclosed in a post-paid wrapper, directed to the above at his address designated by said party for that purpose upon the preceding papers in this action.

_____
Michele Granito

Sworn to before me this
5th day of September 2007.

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009

321535.1
900200.00001/6572958v.1