# EXHIBIT A

BLANK ROME LLP
Attorneys for Plaintiff
BSLE MALTA LTD.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BSLE MALTA LTD.,<br><br>                    Plaintiff,<br><br>-against-<br><br>PUYVAST CHARTERING BV,<br><br>                    Defendant. | 07 Civ. 06289 (RJH)<br><br>**ORDER DIRECTING GARNISHEE BANKS TO TRANSFER FUNDS TO REGISTRY OF COURT AND FOR PLACING THOSE FUNDS INTO CRIS** |

WHEREAS Plaintiff BSLE Malta Ltd. requested and obtained an order from this Court directing the Clerk to issue process of maritime attachment and garnishment dated July 10, 2001 (Docket #3) ("Order") pursuant to Supplemental Rule B for Admiralty or Maritime Claims and Asset Forfeiture Claims of the Federal Rules of Civil Procedure ("Rule B").

WHEREAS Deutsche Bank restrained the sum of $123,278.45 pursuant to the Order; and

WHEREAS ABN AMBRO Bank restrained the sum of $146,724.02 pursuant to the Order; and

WHEREAS the total amount being restrained is $270,002.47 and the merits of the disputes are being decided by arbitrations in London and it may be one year before award(s) are issued; and

WHEREAS Defendant Puyvast Chartering BV has not appeared, the attached funds do

127386.00601/6572763v.1

not earn interest while being restrained by the garnishee Banks, and Plaintiff has requested pursuant to Rule B(3)(a) that the amounts being held by Garnishees Deutsche Bank and ABN AMBRO Bank be transferred to an interest-bearing account pending further order of the Court;

WHEREAS it is in the interest of the parties that the funds earn interest while awaiting the arbitration award(s);

IT IS HEREBY ORDERED:

1.    Deutsche Bank be, and hereby is, directed to turn over said sum of $123,278.45 by means of its bank check in that amount payable to the Clerk of Court, United States District Court for the Southern District of New York, and shall promptly deliver said check in that amount to Plaintiff's counsel at the address below.

2.    ABN AMRO Bank be, and hereby is, directed to turn over said sum of $146,724.02 by means of its bank check in that amount payable to the Clerk of Court, United States District Court for the Southern District of New York, and shall promptly deliver said check in that amount to Plaintiff's counsel at the address below.

3.    Upon receipt of the above checks, Plaintiff's counsel shall deliver them to the Clerk of the Court for deposit into the Registry of the Court of the Southern District of New York.

4.    Upon receipt of the checks, the Clerk of the Court, as soon as the business of his office allows, shall prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York, to the Registry of the Court of the Southern District of Texas, for the purpose of placing said funds in the Court Registry Investment System, Interest Bearing Account.

5.    The Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director

of Administrative Office, whenever such income becomes available for deduction from the investment so held and without further order of this Court.

6.     In all other respects the funds, including all interest earned thereon up to and including the date of withdrawal, shall be held pending further order of this Court.

7.     Plaintiff's counsel shall serve a signed copy of this order upon the Clerk of the Court in Room 120, and on a Financial Deputy in the Cashier's Office in Room 120 at the time it presents the checks described in Paragraphs 2 and 3 above.

Dated: Sepember ____ 2007              SO ORDERED:

                                       _____
                                       United States District Judge

127386.00601/6572763v.1                    3