# BLANK ROME LLP
## COUNSELORS AT LAW



JAN - 7 2008

Phone: 212-885-5148
Fax: 917-332-3840
Email: llambert@blankrome.com

January 7, 2007

**BY FAX 212-805-7948**
Honorable Richard J. Holwell
United States District Judge
U.S.D.C., Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

Re: BSLE Malta Ltd. v. Puyvast Chartering B.V.
07 CV 06289 (RJH)
Our Ref.: 127386-00602

Dear Judge Holwell:

We represent BSLE Malta Ltd. ("BSLE") and refer to the undersigned's conversation on December 20, 2007 with your law clerk, in which he requested a status report.

This is by now a familiar "Rule B attachment" action. The merits of the dispute are being decided by arbitration in London. Plaintiff has restrained $270,002.47. Plaintiff ceased further service in the belief that Defendant would provide substitute security. It appears, however, that such security was <u>not</u> provided. We also understand that arbitration awards are expected in the near future.

In the circumstances, Plaintiff is content for the bank to hold the $270,002.47 pending the outcome of the arbitration proceeding. We respectfully suggest that the action be stayed until the awards are issued.

*Plaintiff shall advise the Court of the status of the arbitration proceeding by June 1, 2008*

Respectfully submitted,

SO ORDERED DeRoy Lambert

*[signature]*
*1/31/08*

LRL/cn

cc: **By Fax 212-797-1212**
Cardillo & Corbett
29 Broadway
New York, NY 10006
Attn: Tulio Prieto

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

127386.00602/6603793v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong