UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/08

BSLE MALTA, LTD.,

               Plaintiff,

     -against-

PUYVAST CHARTERING BV,

               Defendant.

07 Civ. 6289 (RJH)

**ORDER**

The plaintiff has advised the Court that it is content to allow non-party garnishees Deutsche Bank and ABN AMBRO Bank to continue to retain the restrained funds pending completion of arbitration proceedings in London. Thus, the Court denies without prejudice plaintiff's motion to transfer the funds to the Court Registry Investment System [5].

SO ORDERED.

Dated: New York, New York
      April 9, 2008

Richard J. Holwell
United States District Judge