# BLANK ROME LLP
COUNSELORS AT LAW



Phone:  212-885-5148
Fax:    917-332-3840
Email:  llambert@blankrome.com

September 2, 2008

**BY FAX 212-805-7948**

Honorable Richard J. Holwell
United States District Judge
U.S.D.C., Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

Re: BSLE Malta Ltd. v. Puyvast Chartering B.V.
    07 CV 06289 (RJH)
    Our Ref.: 127386-00602

Dear Judge Holwell:

We represent BSLE Malta Ltd. ("BSLE") in this Rule B attachment action and refer to your "memo endorsed" order of June 3, 2008 (Docket #9) directing us to provide a status report by September 1 on the underlying arbitration of the disputes in this matter.

We are advised that the parties await the issuance of an arbitration award.

In the circumstances, we ask the action remain stayed until the award is issued and that the banks continue to hold the transfers, now totaling $407,130.02, pending the outcome of the arbitration. We further suggest that we be directed to provide a further status report by December 1, 2008.

**So ORDERED**
[signature]
USDJ
9/3/08

Respectfully submitted,
[signature]
LeRoy Lambert

LRL/cn

cc: **By Fax 212-797-1212**
    Cardillo & Corbett
    29 Broadway
    New York, NY 10006
    Attn: Tulio Prieto

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

127386.00602/6665841v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong